No. 393. WALL *v.* UNITED STATES. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Hal M. Black* for petitioner. No appearance for the United States.

No. 66. RHODES *v.* RHODES. October 17, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *M. Pearl McCall* and *Martha R. Gold* for petitioner. No appearance for respondent.

No. 128. DALHOVER *v.* UNITED STATES. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. Bonar Tinkham* for petitioner. No appearance for the United States.

No. 147. JONES *v.* UNITED STATES. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Leonidas C. Dyer* for petitioner. No appearance for the United States.